No. 4579.—Pueblo, apldo., v. Bosch, aplte.—C. D. Ponce. ▉▉▉ Febrero 8, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, esta apelación fué interpuesta contra sentencia que condenó al acusado a sufrir la pena de treinta días de cárcel por el delito de portar un revólver en una carretera pública:

Por cuanto, estando vacante el cargo de uno de los jueces de este tribunal y opinando dos de los restantes por la revocación de la sentencia apelada y los otros dos por la confirmación fué dictada sentencia dejando subsistente la de la corte inferior:

Por cuanto, en vista de esos hechos el apelante nos pide que dejemos sin efecto la sentencia dictada y ordenemos una nueva vista para cuando el tribunal esté constituído por sus cinco jueces:

Por cuanto, nos parece razonable la petición del apelante dado que tratándose de un caso criminal las cuestiones por él propuestas no han sido resueltas por una mayoría de este tribunal:

Por tanto, se deja sin efecto la sentencia dictada en este caso el 26 de enero de 1932 y se ordena una nueva vista que tendrá lugar cuando el tribunal esté constituído por sus cinco jueces.

No. 4637.—Pueblo, apldo., v. Sánchez, aplte.—C. D. Bayamón. ▉▉▉▉▉▉▉▉▉▉▉ Marzo 24, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, los únicos errores señalados son que la Corte de Distrito de Bayamón erró:

"*Primero:* Al estimar y resolver que el acusado cometió el delito de acometimiento y agresión grave que se le imputó.

"*Segundo:* Al imponer al acusado la pena de dos meses de cárcel."

Por cuanto, no encontramos error manifiesto por parte del juez de distrito en la apreciación de la prueba, no siendo aplicable a los hechos de este caso, en el cual las circunstancias agravantes consisten en que la agresión fué realizada en un baile donde se hallaban varias personas reunidas con fines lícitos, la única jurisprudencia citada por el apelante o sea el caso de State v. Cass, 41 Tex. Rep. 553;

Por cuanto, tampoco estimamos excesiva la pena de dos meses de cárcel impuesta por el juez sentenciador:

Por tanto, se confirma la sentencia dictada por la Corte de Distrito de Bayamón con fecha 20 de julio de 1931.